## EDMONDSON v. WELLS.

No. 11265—Opinion Filed June 20, 1922.

(Syllabus.)

**Appeal and Error—Dismissal—Moot Questions—Appointment of Guardian—Minor Reaching Majority Pending Appeal.**

Where the district court on an appeal from the county court orders the county court to appoint a certain person, naming him, as guardian of a certain minor, and an appeal is taken from this order to the Supreme Court, but said order is not superseded, and the county court pursuant to such order of the district court appoints the person named in such order as guardian of the minor, and pending the appeal in this court the minor arrives at his majority and no practical relief can be gained by a decision in this court, the questions sought to be presented to this court by the appeal have become moot, and will be regarded as abstract and hypothetical and not necessary for decision, and the appeal will be dismissed.

Error from District Court, Muskogee County; Benjamin B. Wheeler, Judge.

Proceeding in the County Court for the appointment of a guardian for Harris Tucker, a minor. On appeal to the District Court an order was issued that the County Court appoint Oscar A. Wells as such guardian. E. A. Edmonson appealed. The minor arrived at his majority pending the appeal. Motion to dismiss the appeal, on the ground that the case has become moot, is sustained. Dismissed.

Howell Parks, for plaintiff in error.

Neff & Neff, for defendant in error.

MILLER, J. E. A. Edmondson, as plaintiff in error, prosecutes this appeal from an order of the district court of Muskogee county, Okla., made on the 16th day of September, 1919, directing the county court of Muskogee county to appoint Oscar A. Wells as guardian of the person and estate of Harris Tucker, a minor, in the place and stead of E. A. Edmondson. This judgment was not superseded, and the county court of Muskogee county pursuant to said order appointed Oscar A. Wells as guardian of the person and estate of said Harris Tucker, a minor, and said Oscar A. Wells duly qualified and proceeded to act as such guardian until said Harris Tucker arrived at his majority, which was on the 2nd day of January, 1922.

The defendant in error has filed a motion to dismiss the appeal for the reason that

the questions sought to be raised by this appeal have become moot.

In the case of Doctors' Oil Co. v. Adair et al., 83 Okla. 53, 200 Pac. 858, this court said:

"Where an oil and gas lease by its terms expires while an action is pending for the cancellation thereof, and no practical relief can be gained by a decision, the case becomes moot, and will be regarded as abstract and hypothetical, and not necessary for decision, and will be dismissed."

See. also, State of Oklahoma v. Taylor et al., 82 Okla. 220, 200 Pac. 149; Thomason, County Treasurer, v. Board of County Commissioners, 56 Okla. 79, 155 Pac. 881; Parrish v. School District No. 19, 68 Oklahoma, 171 Pac. 461; Killough v. Ft. Supply Tel. Co., 55 Okla. 198, 154 Pac. 1192.

The appeal is hereby dismissed.

HARRISON, C. J., and JOHNSON, KENNAMER, and NICHOLSON, JJ., concur.